1
2
3
4
5
6               **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**
8
9    STEPHEN A. BLAISDELL,            )
                                      )
10              Petitioner,           )        3:08-cv-00094-LRH-VPC
                                      )
11   vs.                             )        **ORDER**
                                      )
12   HOWARD SKOLNIK, *et al.,*        )
                                      )
13              Respondents.         )
     _____/
14

15        Before the court is respondents' first motion for enlargement of time in which to file and

16   serve an answer to the petition for writ of habeas corpus (docket #9).  Good cause appearing,

17        **IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**.  Respondents

18   shall have up to and including March 26, 2009, in which to file and serve an answer to the petition

19   for writ of habeas corpus.

20        DATED this 12th day of February, 2009.

21

22

23                                    _____
                                      LARRY R. HICKS
24                                    UNITED STATES DISTRICT JUDGE

25

26

27

28