# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN A. BLAISDELL, ) | |
| Petitioner, ) | 3:08-cv-00094-LRH-VPC |
| vs. ) | ORDER |
| HOWARD SKOLNIK, *et al.*, ) | |
| Respondents. ) | |

Before the court is respondents' second motion for enlargement of time in which to file and serve a response to the petition for writ of habeas corpus (docket #11). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including May 10, 2009, in which to file and serve a response to the petition for writ of habeas corpus.

DATED this 6th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE