# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHEN A. BLAISDELL,

      Petitioner,               3:08-cv-00094-LRH-VPC

vs.                                  ORDER

HOWARD SKOLNIK, *et al.,*

      Respondents.

      Before the Court is respondents' motion for leave to file a late pleading (docket #13). Respondents ask this Court to allow them to file a motion for enlargement of time two days after the time for filing an answer or motion for enlargement of time expired. The Court finds good cause for the motion, and will grant respondents' motion for leave to file a late pleading. The motion for enlargement of time shall be treated as timely filed.

      Also before the Court is respondents' third motion for enlargement of time in which to file and serve a response to the petition for writ of habeas corpus (docket #14). The Court finds that respondents' motion for enlargement of time was made in good faith, not solely for the purpose of delay, and that there was good cause for the extension of time requested. The Court will grant the motion for enlargement of time.

      **IT IS THEREFORE ORDERED** that respondents' motion for leave to file a late pleading (docket #13) is **GRANTED**. The motion for enlargement of time (docket #14) shall be treated as timely filed.

      **IT IS FURTHER ORDERED** that respondents' motion for enlargement of time is **GRANTED**. Respondents shall have up to and including June 22, 2009, in which to file and serve a

response to the petition for writ of habeas corpus.  **No further extensions will be granted absent a showing of extraordinary circumstances.**

DATED this 19th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2