# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHEN A. BLAISDELL,

      Petitioner,                    3:08-cv-00094-LRH-VPC

vs.                                    ORDER

HOWARD SKOLNIK, *et al.,*

      Respondents.

Before the court is petitioner's first motion for enlargement of time in which to file a declaration of abandonment, a sworn declaration of dismissal or a motion for a stay and abeyance in accordance with this Court's October 7, 2009, order on respondents' motion to dismiss (docket #24). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including November 27, 2009, in which to file a declaration of abandonment or dismissal or a motion for a stay and abeyance.

DATED this 29th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE