# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEPHEN A. BLAISDELL, | ) | |
| Petitioner, | ) | 3:08-cv-00094-LRH-VPC |
| vs. | ) | ORDER |
| HOWARD SKOLNIK, *et al.,* | ) | |
| Respondents. | ) | |

Before the court is respondents' motion for enlargement of time in which to file and serve an answer to the petition for writ of habeas corpus. (Docket #27). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including **February 5, 2010**, in which to file and serve an answer to the petition for writ of habeas corpus.

DATED this 29th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE