1

2

3

4

5

6                               **UNITED STATES DISTRICT COURT**

7                                      **DISTRICT OF NEVADA**

8

9    STEPHEN A. BLAISDELL,                )
                                          )
10                   Petitioner,          )          3:08-cv-00094-LRH-VPC
                                          )
11   vs.                                  )          ORDER
                                          )
12   HOWARD SKOLNIK, *et al.,*            )
                                          )
13                   Respondents.         )
     _____/

14

15       Before the court is petitioner's second  motion for appointment of counsel (dkt # 29) and

16   respondents' second motion for enlargement of time in which to file an answer (dkt #30).

17          Petitioner argues that his circumstances have changed significantly to justify the court's

18   reconsideration of appointing counsel to assist him, citing a move to the Warms Springs Correctional

19   Center and the condition of its law library.  Petitioner's prior pleadings and even the instant motion

20   suggest petitioner's skills and education will allow him to continue to represent himself effectively in

21   this matter.  Because there is no constitutional right to counsel in habeas corpus actions, the law

22   supports this decision.  *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999

23   F.2d 425, 428 (9th Cir. 1993).

24          Respondents seek an additional 45 days to prepare and file their Answer to the remaining

25   claims of the petition.  The motion shall be granted, but in light of the history of this action, no

26   further enlargements of time will be granted absent a showing of extraordinary circumstances.

27          **IT IS THEREFORE ORDERED** that petitioner's motion (dkt #29) is **DENIED.**

28          **IT IS FURTHER ORDERED** that respondents' motion (dkt #30) is **GRANTED**.

Respondents shall have up to and including March 25, 2010, in which to file their Answer.  No further enlargements of time for this purpose shall be granted absent a showing of extraordinary circumstances.

DATED this 8th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2