AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA  

STEPHEN A. BLAISDELL,

      Petitioner,               JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:08-cv-00094-LRH-VPC**

HOWARD SKOLNIK, et al.,

      Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition (Document No. 7) is DENIED.

  August 13, 2010                                  **LANCE S. WILSON**
                                                                  Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                       Deputy Clerk