# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHEN A. BLAISDELL,

    Petitioner,

vs.

HOWARD SKOLNIK, *et al.,*

    Respondents.

3:08-cv-0094-LRH-VPC

**ORDER**

Before the court is petitioner's motion for certificate of appealability and respondents' opposition. On August 13, 2010, the court denied the petition for writ of habeas corpus and at the same time denied a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's application for certificate of appealability (docket #44) is **denied as moot.**

DATED this 7th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE